## MEMORANDUM DECISIONS.

CORSER v. SWEET et al. (Circuit Court of Appeals, Second Circuit. November 16, 1908.) No. 42. Appeal from the Circuit Court of the United States for the Southern District of New York. For opinion below, see 157 Fed. 759. W. A. Macleod and Clarke C. Fetts, for appellant. Chas. S. Jones, for appellees. Before LACOMBE, COXE, and WARD, Circuit Judges.

PER CURIAM. Decree of Circuit Court affirmed, with costs.

FULTON BAG & COTTON MILLS v. HUDSON NAVIGATION CO. (Circuit Court of Appeals, Second Circuit. November 16, 1908.) No. 31. Appeal from the District Court of the United States for the Southern District of New York. For opinion below, see 157 Fed. 987. Edward B. Shattuck (Garrard Glenn, of counsel), for appellant. Robinson, Biddle & Benedict (Roderick Terry and W. S. Montgomery, of counsel), for appellee. Before LACOMBE, COXE, and NOYES, Circuit Judges.

PER CURIAM. Decree affirmed, with costs, upon opinion of District Judge.

In re HAASE (two cases). (Circuit Court of Appeals, Second Circuit. October 27, 1908.) Nos. 12, 70. Petition to Review Order of, and Appeal from, the District Court of the United States for the Southern District of New York. For opinion below, see 155 Fed. 553. Stern, Singer & Barr, for petitioners. Edward Fillmore, for respondent. Before LACOMBE, COXE, and NOYES, Circuit Judges.

PER CURIAM. Affirmed in open court.